# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135850

DODD B. FISHER,
      Plaintiff-Appellee,

v

SC: 135850
COA: 278819
Macomb CC: 07-000749-CK

PAUL A. ZEBROWSKI, d/b/a PAUL A.
ZEBROWSKI & ASSOCIATES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 7, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

d0616